**Aisha GOODISON, Plaintiff–Appellant,**

and

**Aisha Kamilah Music and**
**Sonustar, Plaintiffs,**

v.

**MADONNA, Madonna Ciccone, Madonna Ritchie, Guy Ritchie, Disney, Buena Vista Pictures Distribution, Jerry Bruckheimer, Bruckheimer Films, Time Warner Aol, Warner Bros., Warner Bros. TV, Warner Chappell Music Publishing, Webo Girl Music Publishing, WB Music Corp., Warner Vision, Mad Guy Entertainment, Inc., Bertram Fields, Stuart Prince, Maverick Records, Maverick Films, Guy Oseary, Mark Morgan, Motorola, Inc., Liz Rosenberg, Steven Klein, Britney Spears, Music Today, Inc., Luc Besson, Steve Christian, Virginie Silla, Pierre Spengler, Ska Films, Europacorp, Christopher Ciccone, Gwen Steffani, Harajuku Lover Music, Pharrell Williams, Chad Hugo, Star Trak, Interscope Records, Nick Cannon, Dar-**

ren Sherrill, James Edward Jones, Lilly Darron Keith, Boogology Music, D LIL Music Publishing, Darren Sherrill Music, Callaway Arts and Entertainment, Andrews McMeel Publishing, Missy Elliot, Mirwais Ahmadzai, Donatella Versace, Versace, Inc., Prato Verde, Mario Testino, Victoria Newton, Graham Dudman, Nikki Waterman, Sun Newspaper Ltd. UK, News Group Newspapers, Ltd., Gary Marshall, Gina Wendkos, Meg Cabot, Shonda Rhimes, Patriot Pictures, Patriot Advisors, Arclight Films, John Quaintance, Susan Jansen, Jessica O'Toole, Amy Rardin, Martha Coolidge, Michael Mendelson, Charles Howard, Sunil Nayar, Steven Maeda, Michael Ostrowski, Corey Miller, ILDY Modrovich, Brian Davidson, Marc Dube, Katherine Fugate, Jack Amiel, Michael Begler, Jonas Akerlund, David Bercuson, Christian Karlson & Portus Winnberg (aka Bloodshy & Avant), Stuart Price, Joe Henry and Johan Renck, Defendants–Appellees,

and

Walt Disney Pictures, Walt Disney Records and Michael Eisner, Defendants–Appellees,

and

Warner Bros. Records, Inc. and Jive Records, Defendants–Appellees,

and

Lion's Gate Films and Mark Amin, Defendants–Appellees.

No. 06–1193.

United States Court of Appeals, Federal Circuit.

March 14, 2006.

ORDER

On February 16, 2006 the court issued an order allowing 14 days for any party to raise an objection to the transfer of this appeal to the United States Court of Appeals for the Eleventh Circuit. No objection has been filed within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is hereby transferred to the Eleventh Circuit.